

**Eitan D. Blanc**
Member PA & NJ BAR
Direct Dial-267-765-7341
Fax – 267-765-9689
edblanc@zarwin.com

January 5, 2021

**VIA ECF**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    In Re Bath Iron Works v. Congoleum Corporation; U.S. District Court, District of New Jersey, No. 3:20-cv-17134-MAS

Dear Judge Shipp:

      This letter is to provide you an update on this matter. Judge Kaplan recently denied the Settlement Motion. That portion of DVL's Motion before Your Honor seeking to withdraw the reference of the Settlement Motion is accordingly moot. *See* 20-18488-MBK at Dkt. 619. While the Adversary Proceeding (20-01439-MBK) which is also subject to the pending motion is still active, Judge Kaplan has scheduled a status conference on that matter on January 14th, 2020 at 11:30 A.M. We will report to the Court after that conference.

      We appreciate Your Honor's attention to this matter. Please do not hesitate to contact me with any questions.

      Respectfully,

      /s/ Eitan D. Blanc
      Eitan D. Blanc

EDB
CC: All counsel of record (via ECF)
Warren A. Usatine, Esq. (via E-Mail)

ONE COMMERCE SQUARE | 2005 MARKET STREET | 16TH FLOOR | PHILADELPHIA, PA 19103 | 215.569.2800 | FAX 215.569.1606 | WWW.ZARWIN.COM

NEW JERSEY OFFICES: JERSEY CITY | MT. LAUREL | **DELAWARE OFFICE:** WILMINGTON